UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TERRI NICHOLS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

THE BALDWIN GROUP, LLC

    Defendant.

Case No. 5:23-cv-05674-BLF

*APPROVED*
*Judge Beth Labson Freeman*

## NOTICE OF DISMISSAL WITH PREJUDICE

The Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a).

RESPECTFULLY SUBMITTED AND DATED this 5th day of March, 2024.

By: */s/ Anthony Paronich*

    Anthony I. Paronich, *Pro Hac Vice*
    anthony@paronichlaw.com
    PARONICH LAW, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, Massachusetts 02043
    Telephone: (617) 738-7080
    Facsimile: (617) 830-0327

    *Attorneys for Plaintiff*